## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 203 MM 2017 |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERNEST RECE DALE BURBAGE, | : | |
| | : | |
| Petitioner | | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of February, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.